(69 South. 593)

No. 21124.

KING et al. v. FIRST METHODIST CHURCH.

(June 7, 1915.)

*(Syllabus by Editorial Staff.)*

APPEAL AND ERROR &wkey;430—CITATION—DISMISSAL.

An appeal taken by petition out of term will be dismissed on motion, where no citation was asked and none served on appellee.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2173, 2174, 3126; Dec. Dig. &wkey;430.]

Appeal from First Judicial District Court, Parish of Caddo; John R. Land, Judge.

Action by C. W. King and another against the First Methodist Church. There was a judgment for the defendant, and the plaintiffs appeal. Dismissed.

Edward P. Mills, of Shreveport, for appellants. Alexander & Wilkinson, of Shreveport, for appellee.

PROVOSTY, J. The appeal in this case was taken by petition out of term time, and no citation was asked on the appellee and none was served; and motion is made to dismiss the appeal on that ground. Smith v. O'Reilly Elevator Co., 134 La. 635, 64 South. 494.

Appeal dismissed.